# FEBRUARY TERM, 1805.

⸻

### Samuel Henshaw v. The Marine Insurance Company.

HOFFMAN, for the defendants, objected to the cause being brought on, because the points on which the plaintiff meant to rely, were not added to the case served upon him.

*Jones,* contra, then tendered to him a statement of the points, and at the same time served the judges with copies. This he contended was sufficient.

*Hoffman,* in reply. The rule ordering points to be subjoined to the cases made, was intended as much for the ease of the opposite counsel, as of the court.

*Per Curiam.* It is sufficient to serve the points on the opposite party at the time when the case is delivered to the court, and when the motion is made to bring on the argument.